UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AYOTUNDE JOSHUA TAYO-BALOGUN, <br><br> Plaintiff, <br><br> v. <br><br> UR JADDOU, *et al.*, <br><br> Defendants. | No. 2:23-cv-390-KKE <br><br> ORDER GRANTING STIPULATED MOTION TO DISMISS |

This matter comes before the Court on the parties' stipulated motion to dismiss. Dkt. No. 9. Under Federal Rule of Civil Procedure 41(a), the parties request that the case be dismissed without prejudice, with each party to bear their own costs and attorneys' fees, as this litigation has been resolved. *Id*.

Accordingly, the Court hereby GRANTS the parties' motion (Dkt. No. 9) and ORDERS that the Complaint shall be dismissed without prejudice with each party to bear their own fees and costs.

DATED this 13th day of September, 2023.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS    -